No. 66      January 29, 2025      583

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of L. C.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

L. C.,
*Appellant.*

Multnomah County Circuit Court
24CC02494; A184406

Jane W. Fox, Judge.

Submitted December 13, 2024.

Christopher J. O'Connor and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Adam Holbrook, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Portion of the general judgment prohibiting appellant from purchasing or possessing firearms reversed; otherwise affirmed.

**EGAN, J.**

In this civil commitment case, appellant argues that the trial court erred when it issued an order prohibiting him from purchasing or possessing firearms. The state concedes the error. We agree with and accept the concession. We reverse the firearm order.[1]

The parties stipulated that appellant was unable to provide for his basic needs due to a mental disorder. The trial court acknowledged that ORS 426.130(1)(a)(D) did not allow for a firearm prohibition in the circumstance of a "basic needs" commitment, but it imposed the prohibition anyway. By doing so, the trial court erred because the statute provides for a firearm prohibition when the trial court determines that the person suffering from a mental illness is reasonably likely to constitute a danger to self, others, or the community at large. *See* ORS 426.130(1)(a)(D). Here, the trial court did not make that determination. Therefore, we reverse the order prohibiting appellant from purchasing or possessing firearms.

Portion of the general judgment prohibiting appellant from purchasing or possessing firearms reversed; otherwise affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.